IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 98-40124 |
| Plaintiff, | ) ) ) | MINUTES OF COURT |
| vs. | ) ) | DATE:5/30/2012 |
| DERRICK SHANNON, | ) ) ) | |
| Defendant(s). | ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) : N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

  This matter is before the court on the defendant's Motion to Continue (doc. # 379).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion.

  It is hereby ORDERED that this matter is STRICKEN from the 5/30/2012 docket and reset for hearing on the Motion to Modification on June 14, 2012 at 10:30 a.m. in Benton, IL.

NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk