# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA<br>v.<br>Derrick Shannon | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 4:98CR40124-03<br>USM No. 04602-025<br><br>Melissa A. Day, AFPD<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard #2 | Defendant submitted an incomplet monthly report | 04/30/2013 |
| Special | Defendant failed to abstain from all alcoholic beverages | 06/20/2013 |
| Special | The defendant consumed alcohol | 06/20/2013 |

   The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2564

Defendant's Year of Birth: 1970

City and State of Defendant's Residence:
Marion, IL

07/10/2013
Date of Imposition of Judgment

*/s/ J. Phil Gilbert*
Signature of Judge

J. Phil Gilbert, District Judge
Name and Title of Judge

July 16, 2013
Date

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
                Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: Derrick Shannon
CASE NUMBER: 4:98CR40124-03

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

8 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

     ☑ at __10:00__ ☑ a.m. ☐ p.m. on __07/15/2013__ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL